IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT L. COLLINS BEY,

        Plaintiff,

 v.

TIM HAINES, Warden,
PETER HUIBREGTSE, Warden former,
MICHAEL MEISNER, Warden at CCI,
TONY ASHWORTH, Unit Manager at CCI,
SARA MASON, Captain/Unit Manager,
MARY MILLER, H.S.M.,
CINDY SAWINSKI, H.S.M. former,
KAREN ANDERSON, H.S.M. at CCI,
CYNTHIA M. THORPE, N.C. and A.V.A.;
Dr. STEVEN, at W.S.P.F. former,
Dr. JAMES THORPE, at W.S.P.F. former,
Dr. JAMES WOMMACK, at W.S.P.F. former,
Dr. WILLIAM GISWOLD, at CCI,
Dr. JOHN DOE, at CCI,

        Defendants.

ORDER

13-cv-618-bbc

---

  Plaintiff Robert L. Collins Bey, an inmate at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. With the exception of habeas corpus proceedings, the fee for civil actions filed after May 1, 2013, is $400 unless a litigant qualifies as indigent under the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a), in which case the fee is $350. Plaintiff has filed a motion for leave to proceed *in forma pauperis*. Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed *in forma pauperis*, he will have to make an initial partial payment of the filing fee for this case. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

Plaintiff's complaint was submitted September 2, 2013. His trust fund account statement should cover the six-month period beginning approximately March 2, 2013 and ending approximately September 2, 2013. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaints under § 1915(e)(2). Plaintiff should show a copy of this order to institution officials to insure that they are aware they should send a copy of plaintiff's trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Robert L. Collins Bey may have until September 30, 2013, in which to submit a certified copy of his inmate account statement for the period beginning approximately March 2, 2013 and ending approximately September 2, 2013. If, by September 30, 2013, plaintiff fails to respond to this order, I will assume that he wishes to withdraw these two actions voluntarily. In that event, the clerk of court is directed to close these two cases without prejudice to plaintiff's filing them at a later date.

Entered this 6th day of September, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge