IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. COLLINS BEY,

    Plaintiff,

v.

TIM HAINES, PETER HUIBREGTSE,
MICHAEL MEISNER, TONY ASHWORTH,
SARA MASON, MARY MILLER,
CINDY SAWINSKI, KAREN ANDERSON,
CYNTHIA M. THORPE, DR. JAMES THORPE,
DR. JAMES WOMMACK, DR. WILLIAM
GISWOLD, DR. TOM BOSTON, and GARY
BOUGHTON and MAN LEE,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-618-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants dismissing this case.

/s/      11/16/2018

Peter Oppeneer, Clerk of Court      Date