IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. COLLINS BEY,

    Plaintiff,

v.

TIM HAINES, et al.

    Defendants.

ORDER

13-cv-618-jdp
App. No. 18-3627

Plaintiff Robert L. Collins Bey has filed a notice of appeal from the court's November 16, 2018 order. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Robert L. Collins Bey may have until February 4, 2019 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 14th day of January, 2019.

BY THE COURT:

s/
PETER OPPENEER
Magistrate Judge